RAUL ANTONIO REYES CRESPO
Name
429 D Street APT #216
Mailing address
ANCHORAGE, ALASKA 99501
City, State, Zip
1-409-939-9882 or 907-277-1731 /BFS
Telephone
Mailing Address = 1101 E. 3rd Street
Anchorage Alaska 99501

RECEIVED
MAR 08 2018
CLERK, U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

RAUL ANTONIO REYES CRESPO          ,
(Enter full name of plaintiff in this action)

                    Plaintiff,

vs.

DEVON RUST                          ,

JESSIE Kullberg                     ,

Christian W.T. Garrett              ,
(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

                    Defendant(s).

Case No. 3:18-CV-00065-RRB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

## B. Parties

1. <u>Plaintiff</u>: This complaint alleges that the civil rights of RAUL ANTONIO REYES CRESPO, Raul Antonio Reyes Crespo
(print your name)

who presently resides at 1101 E. 3rd St, Anchorage, AK 99501
(mailing address)

were violated by the actions of the individual(s) named below.

SCANNED

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

✓ Defendant No. 1, _Devon Rust_ is a citizen of
_Alaska_, and is employed as a _Employment SERVICES TECHNICIAN III_
(state)                                                          (defendant's government position/title) _Supervisor_
U.S.
Citizen
_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✗ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

✓ Defendant No. 2, _JESSIE KULLBERG_ is a citizen of
U.S. Citizen                                                          (name)   Specialty Mental Health
_ALASKA_, and is employed as a _LCSW Social Worker_.
(state)                                                          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✗ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

✓ Defendant No. 3, _Christian W.T. Garrett_, is a citizen of
U.S. Citizen                                                          (name)
_ALASKA_, and is employed as a _PACT SOCIAL WORKER_
(state)                                                          (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
OR
✗ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

<u>Claim 1</u>: On or about _August 1991 thru February 28, 2018_, my civil right to
(Date)

_Freedom from Cruel and Unusual Punishment_

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

☐ Devon Rust — Used undue influences manipulating military active duty personnel and retired veterans military and Federal information to cause and force illegal Interstate or U.S. Territories fraudulent Immigration Actions. in example:
U.S. Marine, Esteban Santiago

☐ Jessie Kullberg — Collaboration with Joseph V. Pace in providing false diagnostic data and program notes to prescribe "Quetiapine Fumarate 25mg" Rx # 2052112 and transferring the drug to Brother Francis Shelter STAFF.

☐ Christian W.T. Garrett — assisting or personally participating with the Veterans Administration STAFF with violating my civil rights and prior Federal Services personal information and mishandling military I.D. card Federal information and a Commonwealth of Puerto Rico Driver's License lost between July 1993 and december 1997.

PS02 - § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

<u>Claim 2</u>: On or about _____, my civil right to

(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc.  List <strong>only one</strong> violation.)
was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 2.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument.  Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

<u>Claim 3</u>: On or about _____, my civil right to
(Date)

_____
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc.  List **only one** violation.)

was violated by _____
(Name of the specific Defendant who violated this right)

<u>Supporting Facts</u> (Briefly describe facts you consider important to Claim 3.  State what happened briefly and clearly, in your own words.  Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 5 of 7

## D.  Previous Lawsuits

1.  Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _____ No

2.  If your answer is "Yes," describe each lawsuit.

a. <u>Lawsuit 1</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____  Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. <u>Lawsuit 2</u>:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____  Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

## F.  Request for Relief

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $ USD 150,000.00  U.S.D.

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

2. Punitive damages in the amount of $ 10,000

3. An order requiring defendant(s) to STOP harrassment

4. A declaration that states that I am an U.S. Citizen

5. Other: an Alaskan Citizen

Plaintiff demands a trial by jury. __X__ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff
in the above action, that s/he has read the above civil rights complaint and
that the information contained in the complaint is true and correct.

Executed at Anchorage, Alaska on March 8, th 2018
        (Location)                           (Date)

(Plaintiff's Original Signature)

_____  _____
Original Signature of Attorney (if any)          (Date)

_____

_____

_____

Attorney's Address and Telephone Number